

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-14-00011-CV

J. Felix **GONZALEZ-LIMON**,
Appellant

v.

Ruth **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06392
Honorable David A. Canales, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on December 31, 2013. On January 9, 2014, this court notified the court reporter that the record was late. The court reporter was instructed to file a notification of late record by January 20, 2014, if the record had not been filed because payment arrangements had not been made. Otherwise, the court reporter was instructed to file the record in this court no later than February 10, 2014. The record has not been filed. It is therefore ORDERED that Mr. Luis Duran, Jr. file the record in this court no later than March 3, 2014. If the record is not received by such date, an order will be issued directing Mr. Duran to appear and show cause why he should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Mr. Luis Duran, Jr. by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Karen H. Pozza, the presiding judge of the 407th Judicial District Court.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court